AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM8:47
RECEIVED FEB 23 '24

| United States of America | ) |
| v. | ) Case: 1:24-cr-00062 |
|  | ) Assigned To : Judge Amy Berman Jackson |
| DONALD ZEPEDA | ) Assign. Date : 2/22/2024 |
|  | ) Description: Superseding Indictment(B) |
|  | ) Related Case: 24-cr-00062 (ABJ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DONALD ZEPEDA                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1361 (Destruction of Government Property)

2024.02.22
12:48:43
-05'00'

Date: 02/22/2024
*Issuing officer's signature*

City and state:   Washington, DC        ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/23/24, and the person was arrested on *(date)* 2/29/24
at *(city and state)* Washington DC.

Date: 2/29/24

*Arresting officer's signature*

David C Powers
*Printed name and title*