Use the Tab key to move from field to field on this form.

Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 24-62
)
Donald Zepeda )
)

## NOTICE OF APPEAL

Name and address of appellant:   Donald Zepeda
c/o Bureau of Prisons
(exact location unknown - defendant in transit within BOP)

Name and address of appellant's attorney:   Stephen F. Brennwald
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003

Offense: Destruction of Government Property

Concise statement of judgment or order, giving date, and any sentence:
Defendant sentenced following a guilty plea to 24 months in prison. Judgment entered on November 19, 2024.

Name and institution where now confined, if not on bail:   Unknown - defendant in transit in BOP

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

Dec. 3, 2024
DATE

APPELLANT

/s/ Stephen F Brennwald
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?          YES [ ]   NO [✓]
Has counsel ordered transcripts?                YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✓]   NO [ ]